UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:01-CV-269-H3

FILED
SEP 1 0 2002
DAVID W. DANIEL, CLERK
US DISTRICT COURT
E. DIST. N. CAROLINA

| | |
|---|---|
| BABAK DOWLASHAHI ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| BIFS TECHNOLOGIES, ) | |
| et al ) | |

The court has been advised that the parties have settled all matters in controversy among them. Therefore this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within forty-five (45) days hereof. The parties are directed to file their Stipulation of Dismissal With Prejudice on or before  October 24, 2002  .

The Clerk of Court is directed to remove this matter from the court's pretrial and trial calendars.

This 10th day of Sept, 2002.

MALCOLM J. HOWARD
United States District Judge