IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:01-CV-269-H (3)

FILED
DEC 19 2002
DAVID W. DANIEL, CLERK
US DISTRICT
BY _____ EDNC
_____ DEP. CLERK

| | |
|---|---|
| BABAK DOWLATSHAHI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION OF** |
| ) | **VOLUNTARY DISMISSAL** |
| BIFS TECHNOLOGIES CORPORATION, ) | **WITH PREJUDICE** |
| BEACHACCESS.NET, FLORIDA ) | |
| ATLANTIC STOCK TRANSFER, INC., ) | |
| JASPER KNABB, EDWARD D. JONES ) | |
| & CO., L.P., ERIC SWIDER, and ) | |
| ALPHA KEYSER, ) | |
| ) | |
| Defendants. ) | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff and all of the Defendants in the above-captioned Civil Action, having settled and resolved all claims, disputes, and controversies at issue in this Civil Action, hereby stipulate and agree that this Civil Action is and shall be **DISMISSED WITH PREJUDICE** as to all claims, counterclaims, and crossclaims that have been asserted by or against any and all of the Parties in this Civil Action.

The Plaintiff and all of the Defendants further stipulate and agree that each of the Parties shall bear his or its own expenses and costs associated with this Civil Action, including attorney's fees, and that this dismissal is made without any determination of fault or any admission of liability or wrongdoing or any determination of the validity of any Party's positions or claims.

The Plaintiff and all of the Defendants further stipulate and agree that this Stipulation of Voluntary Dismissal With Prejudice may be executed in counterparts, each of which shall be deemed an original and all of which shall constitute but one and the same instrument.

This 18TH day of ~~June~~ December, 2002.

_____          _____
Babak Dowlatshahi                  James E. Gates
                                   Hans H. Huang
                                   Maupin, Taylor & Ellis, P.A.
                                   3200 Beechleaf Court, Suite 500
                                   P.O. Drawer 19764
                                   Raleigh, NC 27619-9764
                                   *Counsel for Babak Dowlatshahi*


EDWARD D. JONES & CO., L.P.
By: _____          _____
Name: Cynthia A. Doria             Louis B. Meyer III
Title: Assistant General           Poyner & Spruill LLP
       Counsel                     3600 Glenwood Avenue
                                   P.O. Box 10096
                                   Raleigh, NC 27605-0096
                                   *Counsel for Edward D. Jones & Co., L.P.*


_____          _____
Eric Swider                        J. Anthony Penry
                                   Penry Reiman, PLLC
                                   1111 Haynes Street, Suite 205
                                   Raleigh, NC 27604
                                   *Counsel for Eric Swider*


_____
Jasper Knabb
1607 Magnolia Drive
N. Myrtle Beach, SC 29582
*Pro Se*

BIFS TECHNOLOGIES CORPORATION                ATTEST:

By _____ (SEAL)            By: _____
Name: Alpha J. Keyser                         Name: Rebecca Gooding
Title: President/CEO                          Title: Asst. Sec.


FLORIDA ATLANTIC STOCK TRANSFER, INC.         ATTEST:

By _____ (SEAL)            By: _____
Name: René Garcia                             Name: Joanne Selko
Title: President                              Title: Asst. Sec.


BEACHACCESS.NET, INC.                         ATTEST:

By _____ (SEAL)            By: _____
Name: Alpha J. Keyser                         Name: Rebecca Gooding
Title: President/CEO                          Title: Asst. Sec.


_____
Mark C. Perry
2455 East Sunrise Boulevard, Suite 905
Fort Lauderdale, FL 33304
*Counsel for BIFS Technologies Corporation, Beachaccess.net, Inc., and Florida Atlantic Stock Transfer, Inc.*

_____                       _____
Alpha Keyser                                  Melissa K. Rice
                                              Rice & Graus, P.A.
                                              1900 Main Street, Suite 300
                                              Sarasota, FL 34236
                                              *Counsel for Alpha Keyser*

# CERTIFICATE OF SERVICE

It is hereby certified that on this date the foregoing Stipulation of Voluntary Dismissal with Prejudice was served on the parties to this action by mailing copies thereof to the persons at the addresses below by first-class United States mail, in accordance with the Federal Rules of Civil Procedure.

This the 19th day of December, 2002.

                          MAUPIN TAYLOR & ELLIS, P.A.

                          By: *Hans H H---*
                          Hans H. Huang
                          N.C. State Bar No. 25575
                          Post Office Box 19764
                          Raleigh, North Carolina 27619-9764
                          Telephone: (919) 981-4000
                          Telefax: (919) 981-4300
                          Attorneys for Plaintiff Babak Dowlatshahi

SERVED:

| | |
|---|---|
| Louis Meyer, III, Esq.<br>Poyner & Spruill, L.L.P.<br>Post Office Box 10096<br>Raleigh, NC 27605-0096 | Melissa Rice, Esq.<br>Lowery & Rice, P.A.<br>1900 Main Street<br>Suite 300<br>Sarasota, FL 34236 |
| Jasper Knabb<br>1607 Magnolia Drive<br>North Myrtle Beach, SC 29582 | J. Anthony Penry<br>Penry Riemann PLLC<br>1111 Haynes Street, Suite 205<br>Raleigh, NC 27604 |
| Mark C. Perry<br>2455 East Sunrise Boulevard, Suite 905<br>Fort Lauderdale, FL 33304 | |